UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEMPSY E. CLOMAN** | **CIVIL ACTION NO. 06-2284** |
| **VS.** | **SECTION P** |
| **WARDEN HARVEY GRIMMER, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous because it is barred by the doctrine of *res judicata*.

**IT IS FURTHER ORDERED** that, since he has now accrued "3 strikes" under the provisions of 28 U.S.C. §1915(g), Plaintiff is hereby deemed ineligible to proceed *in forma pauperis* in any future action unless he is under an imminent danger of serious physical injury.

**MONROE, LOUISIANA,** this 10th day of April, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE